Decided March 5, 2009

JAMES DAVIS *v.* COMMISSIONER OF CORRECTION

The petitioner James Davis' petition for certification for appeal from the Appellate Court, 112 Conn. App. 904 (AC 28975), is denied.

*Rosemarie T. Weber*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided March 5, 2009

LEO FELIX CHARLES *v.* COMMISSIONER OF CORRECTION

The petitioner Leo Felix Charles' petition for certification for appeal from the Appellate Court, 112 Conn. App. 349 (AC 29165), is denied.

*Michael Oh*, special public defender, in support of the petition.

*Rocco A. Chiarenza*, special deputy assistant state's attorney, in opposition.

Decided March 5, 2009